```
UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
   Civil No. 17-1009(DSD/TNL)
```

David Michael Mondor,

      Plaintiff,

v.                                           **ORDER**

DOC/State,

      Defendant.

      David Michael Mondor, Reg. No. 241613, MN Correctional Facility, MCF-Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, plaintiff pro se.

This matter is before the court upon the report and recommendation of Magistrate Judge Tony N. Leung dated August 2, 2017 (R&R). The magistrate judge recommended that the court dismiss the action without prejudice for failure to prosecute. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

      Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 6] is adopted in its entirety; and
2. The case is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 29, 2017

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court